# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRON GATE HARDWARE, LLC** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-1132 |
| | : | |
| **JOHN DOE d/b/a FRONTLINE** | : | |
| **BOUTIQUE,** *et al* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, on this **25th** day of **May 2022**, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 8) and review of the Amended Complaint (ECF No. 7), it is hereby **ORDERED** that the Motion is **DENIED**.

Defendants' Answer must be submitted to the Court within **fourteen (14) days** of this Order, on or before **June 8, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1